UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

TERRY JONES                                                          PLAINTIFF

v.                                                CIVIL ACTION NO. 3:10CV-P61-S

JAILER ALLEN SHREWSBURY et al.                            DEFENDANTS

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date and being otherwise sufficiently advised, **IT IS ORDERED** that Plaintiff's claims against all Defendants in their official capacity for all claims except the claim regarding the dirty spoon are **DISMISSED** with prejudice for failure to state a claim within the meaning of 28 U.S.C. § 1915A(b)(1).

**IT IS FURTHER ORDERED** that all individual-capacity claims against Defendants Allen Shrewsbury, Dale Cornatzer, and William Reed are **DISMISSED**. The Clerk of Court is instructed to terminate these individuals as Plaintiffs in this action.

Date:

cc:     Plaintiff, *pro se*
       Defendants
       Breckinridge County Attorney

4411.009