# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**TERRY JONES**                                                               **PLAINTIFF**

v.                                                  **CIVIL ACTION NO. 3:10CV-P61-S**

**ALLEN SHREWSBERRY et al.**                                         **DEFENDANTS**

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date,

**IT IS HEREBY ORDERED** that the claims brought by Plaintiff Terry Jones are **DISMISSED without prejudice**.

There being no just reason for delay in its entry, this is a final Order.

The Court further **certifies** that an appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date:

cc:     Plaintiff, *pro se*
        Counsel of record
4411.009